UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION AT COLUMBUS

MINUTES OF MEETING OF CREDITORS

DATE OF MEETING: 05/06/2015 @ 1:30 pm     CASE # 15-51913

|  |  | PRESENT |
|---|---|---|
| FULL NAME(S) OF DEBTOR(S): | Kenneth Wray Teske | (X) |
|  | Jennifer Diane Teske | (X) |

CHAPTER 13

EXAMINATION CONDUCTED BY INTERIM TRUSTEE: David Powell

MEETING:    HELD    (X)        NOT HELD    ( )

DEBTOR(S) FAILED TO APPEAR        ( )

DEBTOR(S) COUNSEL FAILED TO APPEAR        ( )

CONTINUED OR ADJOURNED TO:

ADDRESS UNCHANGED    (X)    OR MOVED TO    ( ):

SSN(S) OR EIN(S):    VERIFIED    (X)    INCORRECT    ( ):

CURRENT PHONE #    :    614-395-4089

ATTORNEY OF RECORD:    Michael A Cox

ATTORNEY APPEARING:

CREDITORS PRESENT:    NO (X)

TAPE IDENTIFICATION #    14

/s/ Frank M. Pees

**TRUSTEE**

ADDITIONAL APPEARANCES